# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : CIVIL ACTION NO. 1:06-CV-889 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **JEAN L. JACKSON and** | : |
| **RICKY L. JACKSON,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 25th day of January, 2007, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 17) to confirm the December 5, 2006, United States Marshal sale of the foreclosed real property, located at 729 West Lamb Street, Bellefonte, Pennsylvania, is GRANTED. The United States Marshal is directed to execute and deliver to J. RANDALL HOUSER, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of JEAN L. JACKSON and RICKY L. JACKSON, in and to the premises sold, located at 729 West Lamb Street, Bellefonte, Pennsylvania, 16823-2753. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge