# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:06-CV-889** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **JEAN L. JACKSON and** | : | |
| **RICKY L. JACKSON,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 26th day of February, 2007, upon consideration of plaintiff's motion for disbursement of funds (Doc. 19) from the sale of real property located at 729 West Lamb Street, Bellefonte, Pennsylvania, and of the order of court dated January 25, 2007 (Doc. 18), confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 19) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (<u>see</u> Doc. 18).

          S/ Christopher C. Conner  
          CHRISTOPHER C. CONNER  
          United States District Judge